1  DON SPRINGMEYER, ESQ. (SBN 1021)
   BRADLEY SCHRAGER, ESQ. (SBN 10217)
2  DANIEL HILL, ESQ. (SBN 12773)
   DANIEL BRAVO, ESQ.(SBN 13078)
3  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   3556 E. Russell Road, 2nd Floor
4  Las Vegas, Nevada 89120
   Telephone: (702) 341-5200 / Fax: (702) 341-5300
5  Email: dspringmeyer@wrslawyers.com
   Email: bschrager@wrslawyers.com
6  Email: dhill@wrslawyers.com
   Email: dbravo@wrslawyers.com
7  *Attorneys for all Named Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY ORTIZ, an individual and resident of Nevada; DENISE KALINICH, an individual and resident of Nevada; all on behalf of themselves and all similarly-situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC, a Foreign Limited-Liability Company, D/B/A STRATOSPHERE CASINO, HOTEL & TOWER; and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No: 2-16-cv-03033-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Pursuant to LR II 7-1, the parties hereby jointly stipulate to extend the time in which Defendant may file an answer or a motion under Rule 12.

The current deadline for an answer or a motion under Rule 12 is June 6, 2017, and the parties agree that Defendant may have an additional sixty (60) days, up to and including August 7, 2017. The additional time is requested so that parties may continue to prepare documents that they believe will resolve this case.

/ / /

/ / /

This is the first request for an extension of time to file an answer or a motion under Rule 12.

RESPECTFULLY SUBMITTED,

DATED this 30th day of May, 2017.

| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **JACKSON LEWIS, P.C.** |
|---|---|
| By: /s/ Bradley Schrager | By: /s/ Elayna Youchah |
| DON SPRINGMEYER, ESQ. (SBN 1021) | ELAYNA J. YOUCHAH, ESQ. (SBN 5837) |
| BRADLEY SCHRAGER, ESQ. (SBN 10217) | 3800 Howard Hughes Parkway, Suite 600 |
| DANIEL HILL, ESQ. (SBN 12773) | Las Vegas, Nevada 89169 |
| DANIEL BRAVO, ESQ. (SBN 13078) | Tel.: (702) 921-2460 / Fax: (702) 921-2461 |
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | Email: youchahe@jacksonlewis.com |
| 3556 E. Russell Road, 2nd Floor | *Attorneys for Defendant* |
| Las Vegas, Nevada 89120-2234 | |
| Tel.: (702) 341-5200 / Fax: (702) 341-5300 | |
| Email: dspringmeyer@wrslawyers.com | |
| Email: bschrager@wrslawyers.com | |
| Email: dhill@wrslawyers.com | |
| Email: dbravo@wrslawyers.com | |
| *Attorneys for all Named Plaintiffs* | |

## **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 30, 2017

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2017, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP