DON SPRINGMEYER, ESQ. (SBN 1021)
BRADLEY SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ.(SBN 13078)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Telephone: (702) 341-5200 / Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com
Email: bschrager@wrslawyers.com
Email: dbravo@wrslawyers.com
*Attorneys for all Named Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY ORTIZ, an individual and resident of Nevada; DENISE KALINICH, an individual and resident of Nevada; all on behalf of themselves and all similarly-situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC, a Foreign Limited-Liability Company, D/B/A STRATOSPHERE CASINO, HOTEL & TOWER; and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No: 2-16-cv-03033-JCM-PAL<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, JEREMY ORTIZ and DENISE KALINICH (collectively, "Plaintiffs"), and Defendant, AMERICAN CASINO & ENTERTAINMENT PROPERTIES, LLC ("Defendant"), by and through their respective attorneys

/ / /

/ / /

/ / /

/ / /

/ / /

of record, that Plaintiffs' Complaint be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs herein incurred.

RESPECTFULLY SUBMITTED,

DATED this 29th day of November, 2017.

| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **JACKSON LEWIS, P.C.** |
|---|---|
| By: /s/ Bradley S. Schrager<br>DON SPRINGMEYER, ESQ. (SBN 1021)<br>BRADLEY SCHRAGER, ESQ. (SBN 10217)<br>DANIEL BRAVO, ESQ. (SBN 13078)<br>**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120-2234<br>Tel.: (702) 341-5200 / Fax: (702) 341-5300<br>Email: dspringmeyer@wrslawyers.com<br>Email: bschrager@wrslawyers.com<br>Email: dbravo@wrslawyers.com<br>*Attorneys for all Named Plaintiffs* | By: /s/ Elayna J. Youchah<br>ELAYNA J. YOUCHAH, ESQ. (SBN 5837)<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel.: (702) 921-2460 / Fax: (702) 921-2461<br>Email: youchahe@jacksonlewis.com<br>*Attorneys for Defendant* |

## **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES HERETO, through their respective counsel of record, it is hereby, ORDERED, ADJUDGED, and DECREED, that the above-entitled matter be dismissed in its entirety with prejudice as to Plaintiffs' Complaint against Defendant, with each of the parties to pay its own attorneys' fees and costs herein incurred.

IT IS SO ORDERED:

_____
United States District Judge

DATED: December 1, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2017, a true and correct copy of **STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP